UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Alexandria Division

In re:

**Aftab Syed Kazmi,**

          Debtor.

Case No.  15-11836-RGM
Chapter 11

Hearing: December 8, 2015, at 11:00 am

## Motion to Convert Case to Chapter 7 or Dismiss Case

Comes Now, W. Judy A. Robbins, United States Trustee, by counsel, and moves the Court to convert this Chapter 11 case to Chapter 7 or to dismiss the case.  In support of this motion the following representations are made:

1. The Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334.

2. This is a core proceeding.

3. This is the debtor's third bankruptcy case since 2012.

| Date Filed | Number | Chapter | Disposition |
| --- | --- | --- | --- |
| 09/20/12 | 12-15681-BFK | 13 | Dismissed 12/17/12 |
| 02/27/13 | 13-10897-BFK | 11 converted to 7 | Discharged 04/09/14 Closed |
| 05/28/15 | 15-11836-RGM Present Case | 11 | Pending |

4. This case was filed on May 28, 2015.

5. The debtor has not filed a disclosure statement and plan of reorganization.

6. Cause exists to convert or dismiss this case:

    (A)  Unreasonable delay in filing disclosure statement and plan of reorganization that is

Office of United States Trustee
Jack Frankel, Attorney
115 S Union Street
Alexandria, VA 22314
(703) 557-7229

page 1 of 2

prejudicial to the interests of the estate.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an order converting this case to a case under Chapter 7 of the Bankruptcy Code, dismissing this Chapter 11 case, and granting such other and further relief as may be deemed just and proper.

October 16, 2015                         Judy A. Robbins
                                         United States Trustee

                                         /s/*Jack I. Frankel*
                                         Jack I. Frankel, Attorney
                                         Office of United States Trustee
                                         115 South Union Street, Suite 210
                                         Alexandria, VA 22314
                                         (703) 557-7176

Certificate of Service

I hereby certify that on the 16th day of October, 2015, I mailed, first class, postage prepaid, a true copy of this motion and notice of motion to:

**Aftab Syed Kazmi**
43007 Jannys Cornor Ct
Ashburn, VA 20148

                                          /s/ *Jack I. Frankel*
                                         Jack I. Frankel