UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Alexandria Division

In re:

**Syed Aftab Kazmi,**

        Debtor.

Case No. 15-11836-RGM
Chapter 11

### Order of Dismissal with Conditions

This matter came before the Court, for hearing, on February 9, 2016, on the motion of the United States Trustee to dismiss or convert this case to a case under chapter 7 of the Bankruptcy Code. Docket No. 28.

The Debtor, the attorney for the Debtor, the attorney for Wells Fargo Bank, and the attorney for the United State Trustee appeared at the hearing.

Now, for reasons stated orally from the bench for the record, it is hereby:

Ordered that this case is dismissed without prejudice.

Ordered that if the Debtor files another case under the Bankruptcy Code, all lists, schedules and statements, as required to be filed by the Bankruptcy Code and Bankruptcy Rules, shall be filed with the petition.

Ordered that no extension of time to file all the lists, schedules and statements shall be granted.

Ordered that the Clerk shall serve a copy of this order on the parties listed below.

Date Feb 11 2016

/s/ Robert G. Mayer
Robert G. Mayer
Bankruptcy Judge

Office of United States Trustee
Jack Frankel, Attorney
115 S Union Street
Alexandria, VA 22314
(703) 557-7229

Entered on Docket: February 11, 2016

page 1 of 2

Entered on Docket_____

Judy A. Robbins
United States Trustee

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 S Union Street
Alexandria, VA 22314
(703) 557-7229

Seen:

/s/ Johnie R. Muncy (by permission)
Johnie R. Muncy, Esq.
Samuel I. White, PC
Attorney for Wells Fargo Bank
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
jmuncy@siwpc.com

Seen and Objected

/s/  Alexander M. Chanthunya (by permission)
Alexander M. Chanthunya, Esq.
Attorney for Debtor
11228 Georgia Avenue, #4
Silver Spring, MD 20902
(301) 962-4222
alexlawoffices@yahoo.com

cc:

Alftab Syed Kazmi
43007 Jannys Connor Court
Ashburn, VA 20148

Certificate of Service

    I hereby certify that on the 9th day of February, 2016, I e-mailed a copy of this order to the attorneys listed above.

                                            /s/  Jack Frankel